MARY J. KILLORAN, as Administratrix, etc., Appellant, *v.*
CLINTON W. SWEET, Respondent.*

(Argued January 17, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 19, 1893, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*Henry A. Forster* for appellant.

*Edward Jacobs* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

* Reported below, 72 Hun, 194.